

# NOTICE OF WITHDRAWAL FROM SETTLEMENT AGREEMENT AND MOTION TO RESTORE CASE TO ACTIVE DOCKET

Rainese Varner
4848 S. Tangerine Way
Ontario, CA 91762
Phone: **(909) 749-1748**
Email: **RaineseVarner@yahoo.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Rainese Varner**,
Plaintiff,
v.
**LVNV Funding LLC**,
Defendant.

Case No.: **EDCV25-01513-KK(SKx)**

---

## NOTICE OF WITHDRAWAL FROM SETTLEMENT AGREEMENT AND MOTION TO RESTORE CASE TO ACTIVE DOCKET

**COMES NOW** Plaintiff **Rainese Varner**, and provides notice to the Court and Defendant LVNV Funding LLC that Plaintiff is **withdrawing consent** to the previously proposed settlement agreement and respectfully moves this Court to **restore this case to the active docket**.

### 1. Background

1. The parties previously engaged in settlement discussions and reached a tentative settlement amount of **$2,000**.

2. The settlement was **not fully executed**, and Plaintiff has **not received any payment or consideration** from Defendant.

3. Since negotiations occurred, Plaintiff has incurred additional damages and expenses that render the prior settlement insufficient.

## 2. Withdrawal of Settlement Consent

Plaintiff hereby **withdraws consent** to the proposed settlement.
No final executed agreement has been filed with the Court, and no consideration has been delivered. Because essential terms remain incomplete and mutual assent was never finalized, Plaintiff withdraws from the settlement.

## 3. Revised Settlement Demand

Given additional damages and ongoing issues, Plaintiff submits a revised settlement demand of **$3,500**. Plaintiff remains open to negotiations but cannot accept the previous $2,000 offer.

## 4. Motion to Restore Case to Active Docket

Plaintiff respectfully moves this Court to:
a. **Vacate any dismissal or administrative closure issued on the basis of settlement**, if applicable; and
b. **Restore this case to the active docket** so litigation may continue.

## WHEREFORE, Plaintiff requests that this Court:

1. Accept Plaintiff's withdrawal from the settlement agreement;

2. Restore this matter to the active docket;

3. Provide any further relief the Court finds just and proper.

Respectfully submitted,

_____

**Rainese Varner**
4848 S. Tangerine Way
Ontario, CA 91762
Phone: **(909) 749-1748**
Email: **RaineseVarner@yahoo.com**
Plaintiff, Pro Se
Date: 12·2·25