JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINESE VARNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC,<br><br>　　　　　　　Defendant. | Case No.: 5:25-cv-01513-KK-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

1 | Pursuant to the parties' joint stipulation, Dkt. 19, this matter is hereby
2 | DISMISSED with prejudice.  Each party to bear its own attorney's fees and costs.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: December 11, 2025
6 |
7 | _____
  | UNITED STATES DISTRICT JUDGE
  | KENLY KIYA KATO

— 1 —
ORDER